**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

11 NOV 15 AM 8:23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>RICHARD SMITH ANDRIDGE [1],<br><br>                Defendant. | CASE NO. 11cr2929-BTM<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

    18:2252(a)(4)(B) - Possession of Images of Minors Engaged in Sexually Explicit Conduct

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/04/2011

                                   BARRY TED MOSKOWITZ   11-13-2011
                                   UNITED STATES DISTRICT JUDGE